William H. Gray et al., Appellants, v. First National Bank of Chicago, Appellee, Ina Gray Cook, Appellant, John J. Ames, Appellant.

Gen. No. 42,211.

HEBEL, P. J., not participating.

opinion filed Novem-

ber 17, 1943. Coburn & Coburn, for certain appellants; Louis T. Herzon, of counsel; Weinberg, Kjellander, O'Farrell & Ames, for certain other appellants; John J. Ames, of counsel; Amberg, Livingston, Kearns & Dahlin and Nat M. Kahn, for appellee; John W. Kearns and Nat M. Kahn, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.